UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AKSHITA BANERJEE | |
| *Plaintiff,* | Civil Action No. 3:07CV434(CFD) |
| v. | December 1, 2010 |
| WESTON CAPITAL MANAGEMENT, LLC. | |
| *Defendant,* | |

## JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE

The parties to the above-captioned matter jointly move to continue the pretrial conference currently scheduled for December 14, 2010 to January 13 or 14, 2011.

In support of this motion, the parties represent that counsel for Plaintiff, Marc A. Susswein and Andrea M. Paparella, have scheduling conflicts on December 14, 2010 due to scheduled depositions in two different matters.

WHEREFORE, the parties jointly respectfully request that the pretrial conference be continued to January 13 or 14, 2011.

THE PLAINTIFF,

By: _____
Marc A. Susswein
Andrea M. Paparella

THE DEFENDANT,

By: _____
Stuart M. Katz (ct12088)
Cohen and Wolf, P.C.

Liddle & Robinson, L.L.P.
800 Third Avenue
New York, NY 10022
e-mail:msusswein@liddlerobinson.com
apaparella@liddlerobinson.com

Kristen L. Zaehringer
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
e-mail: jorleans@znclaw.com

1115 Broad Street
Bridgeport, CT 06604
Tel. (203) 368-0211
Fax. (203) 337-5505
e-mail: skatz@cohenandwolf.com

CERTIFICATE OF SERVICE

    I hereby certify that on December 2, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Kristen L. Zaehringer (ct27044)
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
Email: kzaehringer@znclaw.com