UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AKSHITA BANERJEE, | : |
| Plaintiff, | : No. 3:07-cv-434 (EBB) |
| v. | : |
| WESTON CAPITAL MANAGEMENT, LLC | : FEBRUARY 22, 2011 |
| Defendant. | : |

## PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE CERTAIN EXHIBITS

Plaintiff Akshita Banerjee ("Plaintiff") respectfully moves the Court to exclude certain exhibits Defendant intends to offer at the trial of her pregnancy discrimination claim. These exhibits suggest that (1) Ms. Banerjee's performance was poor and (2) that she abused company time to perform non-work related tasks. This information is inadmissible under Federal Rules of Evidence ("FRE") 401 and 402 because the exhibits do not have any tendency to make the existence of any disputed fact of consequence more or less likely. The exhibits should also be excluded under FRE 403 because the exhibits are likely to unfairly prejudice Plaintiff by unfairly injecting into the trial of this matter documents expressing criticism of Plaintiff's work although Defendant has conceded from the outset of this litigation that Plaintiff's performance was not a factor in the termination of her employment. Finally the exhibits should be excluded because they are inadmissible hearsay pursuant to Rules 801 and 802.

These grounds are stated more fully in the attached memorandum of law, submitted in support of this motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant the instant motion in its entirety.

Dated: New York, New York
February 22, 2011

Respectfully submitted,

LIDDLE & ROBINSON, L.L.P.

By: _____/S/_____
Marc A. Susswein
Andrea M. Paparella
800 Third Avenue
New York, New York 10022
(212) 687-8500
*Attorneys for Plaintiff*

ZELDES, NEEDLE & COOPER, P.C.

By:_____/S/_____
Kristen L. Zaehringer (ct27044)
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
E-Mail: kzaehringer@znclaw.com

*Attorneys for Plaintiff Ashkita Banerjee*

## CERTIFICATION

I hereby certify that on February 22, 2011, a copy of the foregoing Motion in Limine was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
Kristen L. Zaehringer