UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AKSHITA BANERJEE, | : |
| | : |
| Plaintiff, | :    No. 3:07-cv-434 (EBB) |
| | : |
| v. | : |
| | : |
| | : |
| WESTON CAPITAL MANAGEMENT, LLC | :    February 25, 2011 |
| | : |
| Defendant. | : |

**MOTION TO BE EXCUSED FROM PARTICIPATION IN
PRETRIAL PROCEEDINGS, JURY SELECTION AND TRIAL PROCEEDINGS**

The undersigned counsel for plaintiff Akshita Banerjee, pursuant to Local Rule 83.1(d), respectfully requests that she be excused from participation in further pretrial and trial proceedings in this matter.  In support of this motion, the undersigned states as follows:

1. On October 20, 2008, the undersigned filed her appearance on behalf of the plaintiff.  Since that time, the undersigned has served as local counsel in this matter, with the litigation conducted on the plaintiff's behalf primarily by Attorneys Marc Susswein and Andrea Paparella of the offices of Liddle & Robinson, L.L.P. in New York.

2. Prior to the undersigned's involvement in this case, on May 8, 2007, the undersigned's colleague, Attorney Jonathan Orleans, moved for the admission of Attorney Marc Susswein to appear pro hac vice (dkt. # 7) as counsel for the plaintiff.  The Court granted that motion on May 10, 2007 (dkt. # 8).

3. Prior to the undersigned's involvement in this case, On April 2, 2008, the undersigned's colleague, Attorney Jonathan Orleans, moved for the admission of Attorney

Andrea Paparella to appear pro hac vice (dkt. # 17) as counsel for the plaintiff. The Court granted that motion on April 3, 2008 (dkt. # 18).

4. Attorneys Susswein and Paparella from the offices of Liddle & Robinson, L.L.P., have filed appearances in this matter and will conduct all remaining pretrial and trial proceedings identified in the Court's November 30, 2010 Order (dkt. #71). As other counsel are prepared to represent the plaintiff's interests through the conclusion of this matter, the undersigned respectfully requests that she be excused from participating in all further pretrial and trial proceedings.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order excusing her from further participation in further pretrial and trial proceedings in this matter.

_____/s/_____
Kristen L. Zaehringer (ct27044))

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
E-Mail: kzaehringer@znclaw.com

Attorney for Plaintiff Ashkita Banerjee

:

CERTIFICATE OF SERVICE

       I hereby certify that on February 25, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

_____/s/_____
Kristen L. Zaehringer