Civ-JurySel(Dec-2008)

TOTAL TIME: 1 hours 5 minutes  
HONORABLE _____  
DEPUTY CLERK Joanne Pesta    RPTR/ECRO/TAPE Falzarano

DATE 3/8/11    START TIME 2:10    END TIME 3:15  
LUNCH RECESS FROM _____ TO _____  
RECESS FROM _____ TO _____ (if more than 1/2 hour)

| BANERJEE | CIVIL NO. 3:07-cv-434(EBB) |
|---|---|
| vs. | § § § § § |
| WESTON CAPITAL MGMT LLC | |

Plaintiffs Counsel: Marc Sussinwein, Andrea Paperella

Defendants Counsel: Courtney A George

## CIVIL JURY SELECTION/CALENDAR CALL

- [ ] ....... [ ] Call of the Calendar held  [ ] Call of the Calendar over to _____
- [x] ....... [x] Jury Selection held  [ ] Jury Selection continued until _____
- [ ] ...#... Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ...#... Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ...#... Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ...#... Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ....... _____ [ ] filed [ ] docketed
- [ ] ....... _____ [ ] filed [ ] docketed
- [ ] ....... _____ [ ] filed [ ] docketed
- [ ] ....... _____ [ ] filed [ ] docketed
- [x] ....... 103 # jurors present
- [x] ....... Voir Dire oath administered by Clerk  [ ] previously administered by Clerk
- [x] ....... Voir Dire by Court
- [ ] ....... Peremptory challenges exercised
- [x] ....... Jury of 8 drawn (See attached) [ ] and sworn [x] Jury Trial commences on 4/1/11
- [x] ....... Remaining jurors excused
- [ ] ....... Discovery deadline set for _____
- [ ] ....... Disposition Motions due _____
- [ ] ....... Joint trial memorandum due _____
- [x] ....... Trial continued until 4/1/11 at 10:00
- [ ] ....... COPY TO: JURY CLERK with juror lists