UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AKSHITA BANERJEE, | : |
| *Plaintiff*, | CIVIL ACTION NO. 3:07-CV-0434 (EBB) |
| vs. | |
| WESTON CAPITAL MANAGEMENT, LLC | |
| *Defendant*. | May 4, 2011 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff Akshita Banerjee and defendant Weston Capital Management, LLC, hereby stipulate to a voluntary dismissal of the above-captioned civil action with prejudice as to all claims raised or that could have been raised and without costs to either party.

THE PLAINTIFF,
AKSHITA BANERJEE

By: _____
Marc A. Susswein, Esq. (# )
Andrea Paparella, Esq. (# )
LIDDLE & ROBINSON, L.L.P.
800 Third Avenue
New York, NY 10022
Tel. (212) 687-8500
Fax. (212) 687-1505
Email: msusswein@liddlerobinson.com
Email: apaparella@liddlerobinson.com

THE DEFENDANT,
WESTON CAPITAL MANAGEMENT, LLC

By: _____
Stuart M. Katz, Esq. (# ct 2088)
Courtney A. George, Esq. (# ct 23393)
COHEN AND WOLF, PC
1115 Broad Street
Bridgeport, CT 06604
Tel. (203) 368-0211
Fax. (203) 394-9901
Email: skatz@cohenandwolf.com
Email: cgeorge@cohenandwolf.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                      /s/
                          Kristen L. Zaehringer (ct27044)
                          Zeldes, Needle & Cooper, P.C.
                          1000 Lafayette Blvd., Suite 500
                          Bridgeport, CT 06604
                          Tel: (203) 333-9441
                          Fax: (203) 333-1489
                          Email: kzaehringer@znclaw.com